AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: ACNelson@ag.nv.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAVON ROBINSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD LINFORD, et al,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-00162-MMD-CSD<br><br>**ORDER GRANTING<br>MOTION TO CONTINUE STAY UNTIL<br>MARCH 2, 2023** |

　　　The above matter was resolved on January 24, 2023, at the Early Mediation Conference. Pursuant to the Screening Order, Defendant file this Motion to Continue the Stay in this matter until March 2, 2023. The Defendants believe that the Stipulation and Order for Dismissal will be filed prior to March 2, 2023.

　　　DATED this 27th day of January, 2023.

　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　By:　*/s/ Andrew C. Nelson*
　　　　　　　　　　　　　　　　　　　ANDREW C. NELSON, Bar No. 15971
　　　　　　　　　　　　　　　　　　　  Deputy Attorney General

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: February 1, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE