AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: ACNelson@ag.nv.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAVON ROBINSON, | Case No. 3:22-cv-00162-MMD-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICHARD LINFORD, et al, | |
| Defendant. | |

    Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, and Plaintiff Javon Robinson, *pro se*, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned matter should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1  This Stipulation and Order for Dismissal with Prejudice is executed as part of an
2 out-of-court settlement between the Parties. Pursuant to the Parties' Settlement
3 Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees
4 and costs.

\* \* \*

DATED: January 24, 2023          DATED: January 24, 2023

                                                                                             AARON D. FORD
                                                                                             Attorney General

By: _[signature]_____          By:  /s/ Andrew C. Nelson_____
     JAVON ROBINSON                                          ANDREW C. NELSON, Bar No. 15971
     *Plaintiff in pro se*                                             Deputy Attorney General
                                                                                 *Attorneys for Defendants*

IT IS SO ORDERED.

_[signature]_____
U.S. DISTRICT JUDGE

DATED:  2/7/2023_____